# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3369
LT Case No. 25F-12996

_____

D.H.,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

Administrative appeal from the Department of Children and Families.

D.H., Eustis, pro se.

Logan Bartholomew, Assistant Regional Counsel, of Department of Children and Families, Orlando, for Appellee.

June 16, 2026

PER CURIAM.

    AFFIRMED.

MAKAR, LAMBERT, and EDWARDS, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————